**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Kelly Irana Swaby                      CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 23-12255 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Freedom Mortgage Corporation and index same on the master mailing list.

                                            Respectfully submitted,

                                            /s/ *Mark A. Cronin*
                                            Mark Cronin
                                            09 Nov 2023, 17:25:06, EST

                                  KML Law Group, P.C.
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA 19106-1532
                                  (215) 627-1322