# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>KELLY IRANA SWABY<br>　　Debtor | Case No. 23-12255-amc |
| Freedom Mortgage Corporation,<br>　　Movant | Chapter 13 |
| vs.<br>KELLY IRANA SWABY<br>　　Respondent | 11 U.S.C. §362 |

**PRAECIPE TO RELIST MOTION FOR RELIEF**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Kindly relist for hearing Movant Freedom Mortgage Corporation's Motion for Relief originally filed with the Court on October 17, 2023.

　　　　　　　　　　　　　　　　　　　　*/s/Andrew Spivack*
　　　　　　　　　　　　　　　　　　　　Andrew Spivack, PA Bar No. 84439
　　　　　　　　　　　　　　　　　　　　Matthew Fissel, PA Bar No. 314567
　　　　　　　　　　　　　　　　　　　　Mario Hanyon, PA Bar No. 203993
　　　　　　　　　　　　　　　　　　　　Ryan Starks, PA Bar No. 330002
　　　　　　　　　　　　　　　　　　　　Jay Jones, PA Bar No. 86657
　　　　　　　　　　　　　　　　　　　　Attorney for Creditor
　　　　　　　　　　　　　　　　　　　　BROCK & SCOTT, PLLC
　　　　　　　　　　　　　　　　　　　　3825 Forrestgate Drive
　　　　　　　　　　　　　　　　　　　　Winston Salem, NC 27103
　　　　　　　　　　　　　　　　　　　　Telephone: (844) 856-6646
　　　　　　　　　　　　　　　　　　　　Facsimile: (704) 369-0760
　　　　　　　　　　　　　　　　　　　　E-Mail: PABKR@brockandscott.com