# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>KELLY IRANA SWABY<br><br>Freedom Mortgage Corporation,<br>    Movant<br><br>vs.<br><br>KELLY IRANA SWABY,<br>    Debtor | Case No. 23-12255-amc<br>Chapter 13 |

## WITHDRAWAL OF PRAECIPE TO RE-LIST MOTION FOR RELIEF FROM STAY

    Freedom Mortgage Corporation ("Movant"), by and through its legal counsel, hereby withdraws its PRAECIPE TO RE-LIST MOTION FOR RELIEF FROM STAY filed on December 6, 2023, Docket Number 24.

This 6th day of December, 2023.

                                                                       <u>/s/Ryan Starks</u>
                                                                       Andrew Spivack, PA Bar No. 84439
                                                                       Matthew Fissel, PA Bar No. 314567
                                                                       Mario Hanyon, PA Bar No. 203993
                                                                       Ryan Starks, PA Bar No. 330002
                                                                       Jay Jones, PA Bar No. 86657
                                                                       Attorney for Creditor
                                                                       BROCK & SCOTT, PLLC
                                                                       3825 Forrestgate Drive
                                                                       Winston Salem, NC 27103
                                                                       Telephone: (844) 856-6646
                                                                       Facsimile: (704) 369-0760
                                                                       E-Mail: PABKR@brockandscott.com

23-18010 BKMFR01

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>KELLY IRANA SWABY<br><br>Freedom Mortgage Corporation,<br>    Movant<br><br>vs.<br><br>KELLY IRANA SWABY ,<br>    Debtor | Case No. 23-12255-amc<br>Chapter 13 |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Withdrawal of Praecipe to Re-list Motion for Relief from Stay has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

MICHAEL A. CIBIK, Debtor's Attorney
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
mail@cibiklaw.com


KENNETH E WEST, Bankruptcy Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Office of United States Trustee, US Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107


Via First Class Mail:

KELLY IRANA SWABY
324 LAUREL AVE
23-18010 BKMFR01

ALDAN, PA 19018-4206

Date: <u>December 7, 2023</u>

<u>/s/Ryan Starks</u>
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

23-18010 BKMFR01