# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Kelly Irana Swaby,

              Debtor.

Case No. 23-12255-amc

Chapter 13

## Certificate of Service

I certify that on this date I served a true and correct copy of the Debtor's Second Amended Chapter 13 Plan on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

Freedom Mortgage Corp. (CM/ECF)

Westlake Portfolio Management
Resurgent Capital Services
PO Box 3427
Greenville, SC 29602


Date: December 19, 2023

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com