United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                    Case No. 23-12255-amc

Kelly Irana Swaby                                                                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 21, 2024 | Form ID: 155 | Total Noticed: 26 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Kelly Irana Swaby, 324 Laurel Ave, Aldan, PA 19018-4206 |
| 14804139 | + | Aldan Borough, 1 W Providence Rd, Aldan, PA 19018-3998 |
| 14810440 | + | Freedom Mortgage Corporation, C/O Mario Hanyon, PA, Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr. Winston-Salem, NC 27103-2930 |
| 14804149 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14804150 | | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14804153 | | William Penn School District, 100 Green Ave, Lansdowne, PA 19050-1449 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14821044 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 22 2024 00:55:15 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14804138 | + | Email/Text: backoffice@affirm.com | Feb 22 2024 00:51:00 | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14804140 | + | Email/Text: duffyk@co.delaware.pa.us | Feb 22 2024 00:51:00 | Delaware County Tax Claim Bureau, 201 W Front St, Media, PA 19063-2768 |
| 14818519 | + | Email/Text: Bankruptcy@Freedommortgage.com | Feb 22 2024 00:51:00 | Freedom Mortgage Corporation, Attn: Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14806277 | + | Email/Text: EBN@brockandscott.com | Feb 22 2024 00:51:00 | Freedom Mortgage Corporation, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14804141 | + | Email/Text: Bankruptcy@Freedommortgage.com | Feb 22 2024 00:51:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 14830005 | ^ | MEBN | Feb 22 2024 00:50:36 | Freedom Mortgage Corporation, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14806278 | + | Email/Text: Bankruptcy@Freedommortgage.com | Feb 22 2024 00:51:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14804142 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 22 2024 00:51:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14804143 | | Email/Text: PBNCNotifications@peritusservices.com | Feb 22 2024 00:51:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14804144 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 22 2024 00:51:00 | Mrc/united Wholesale M, Attn: Bankruptcy P. O. Box 619098, Dallas, TX 75261-9098 |
| 14807226 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 22 2024 00:51:00 | NAVY FEDERAL CREDIT UNION, P O BOX |

District/off: 0313-2                          User: admin                                    Page 2 of 3
Date Rcvd: Feb 21, 2024                   Form ID: 155                                Total Noticed: 26

| | | | |
|---|---|---|---|
| | | | 3000, MERRIFIELD, VA 22119-3000 |
| 14804145 | + Email/Text: ext_ebn_inbox@navyfederal.org | Feb 22 2024 00:51:00 | Navy FCU, Attn: Bankruptcy, PO Box 3000, Merrified, VA 22119-3000 |
| 14804146 | + Email/Text: electronicbkydocs@nelnet.net | Feb 22 2024 00:51:00 | Nelnet, Attn: Claims, P.O. Box: 82505, Lincoln, NE 68501-2505 |
| 14804147 | Email/Text: fesbank@attorneygeneral.gov | Feb 22 2024 00:51:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14804148 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 22 2024 00:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14816063 | + Email/Text: electronicbkydocs@nelnet.net | Feb 22 2024 00:51:00 | U.S. Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 14804151 | ^ MEBN | Feb 22 2024 00:50:31 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14804152 | ^ MEBN | Feb 22 2024 00:50:21 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, PO Box 76809, Los Angeles, CA 90076-0809 |
| 14807496 | + Email/PDF: resurgentbknotifications@resurgent.com | Feb 22 2024 00:55:02 | Westlake Services LLC c/o, Resurgent Capital Services, PO Box 3427, Greenville, SC 29602-3427 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14810441 | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2024                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |

MARK A. CRONIN
on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com

MICHAEL A. CIBIK
on behalf of Debtor Kelly Irana Swaby help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

STEPHEN R. STARKS
on behalf of Creditor Freedom Mortgage Corporation ryan.starks@brockandscott.com  wbecf@brockandscott.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Kelly Irana Swaby

        Debtor(s)                                  Chapter: 13

                                            Bankruptcy No: 23−12255−amc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this February 20, 2024 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                        Ashely M. Chan
                                        Judge, United States Bankruptcy Court

                                           34
                                        Form 155