# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-12255-amc |
| Kelly Irana Swaby, | Chapter 13 |
| Debtor. | Related to ECF No. 42 |

### Debtor's Objection to Certification of Default

**AND NOW**, Debtor Kelly Irana Swaby, by and through her attorney, hereby objects to the Certification of Default filed by Freedom Mortgage Corporation and requests that the Court schedule a hearing before granting relief.

Date: May 9, 2024

CIBIK LAW, P.C.
*Counsel for Debtors*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

### Certificate of Service

I certify that on this date I caused a true and correct copy of the Debtor's Objection to Motion for Certification of Default to be served on all parties on the clerk's service list through the CM/ECF system.

Date: May 9, 2024

/s/ Michael A. Cibik
Michael A. Cibik