# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-12255-amc |
| Kelly Irana Swaby, | Chapter 13 |
| Debtor. | Related to ECF No. 43 |

**Praecipe to Withdraw Document**

To the Clerk of Court:

Please withdraw the Objection to Certification of Default, which was filed with the Court on May 9, 2024 as ECF No. 43. Thank you.

Date: May 10, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com